UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE METAL POLISHERS LOCAL 8A-
28A FUNDS,

                Plaintiffs,

-against-

SUPERIRO SCAFFOLDING SERVICES INC.,

                Defendant.
------------------------------------------------------------X

12-CV-4251 (ARR) (RML)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated July 22, 2013, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, I hereby order that plaintiffs: (1) be awarded $1,610 in attorney's fees; (2) be awarded $430 in costs; and (3) be permitted to conduct an audit of defendant's books and records for the period of January 1, 2008, through July 31, 2010.

SO ORDERED.

/S/ Judge Allyne R. Ross
Allyne R. Ross
United States District Judge

Dated: August 9, 2013
Brooklyn, New York